UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 08-21056-CIV-GRAHAM

BYRON FLOYD,

    Petitioner,

vs.

WALTER McNEIL,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Petitioner's motion for a certificate of appealability [D.E. 21] and Petitioner's Motion to proceed *in forma pauperis* [D.E. 22].

The motions were referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 23]. Judge White has issued a Report and Recommendation [D.E. 24], recommending denial of the certificate of appealability and denial of the motion to proceed *in forma pauperis*. Petitioner filed objections to the Magistrate Judge's Report [D.E. 30].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Petitioner's objections to the Magistrate Judge's recommendation against a certificate of appealability are without merit. Petitioner raises no substantial showing of a denial of a constitutional right, and therefore, his objections are overruled. Furthermore, Petitioner's

motion to proceed *in forma pauperis* on appeal is also without merit and the appeal is not taken in good faith. Consequently, Petitioner's motion to proceed *in forma pauperis* is denied. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 24] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Petitioner's Motion for a certificate of appealability [D.E. 21] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion for Leave to Proceed *in Forma Pauperis* on Appeal [D.E. 22] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of May, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Byron Floyd, Pro Se
    Counsel of Record